FILED - USDC ALSD
SEP 8 '26 PM3:20

FOURTH AMENDED COMPLAINT

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Mitchell Joseph Caldwell
Name under which you were convicted

AIS 200482
Your prison number

vs.

CIVIL ACTION NO. 1:26-cv-00018-KD-B
(To be supplied by Clerk of Court)

Brandon McKenzie, et al.
Name of Defendant(s)

Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017-2615
Place of Confinement and Address

INSTRUCTIONS - READ CAREFULLY

A. Complaint Form. You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. Proper Court. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. Separate Case. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. Defendants. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

E. Pleading the Complaint. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. Fees. This complaint cannot be properly filed unless it is accompanied by the $405.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. Form of Pleadings. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

## I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

Yes ( ) X No ( )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:

Yes ( ) X No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: ______________________________

______________________________

Defendants: ______________________________

______________________________

2. Court (if federal court, name the district; if state court, name the county): ______________

______________________________

3. Docket Number: ______________

4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( ) No ( )

5. Name of judge to whom the case was assigned: ______________________________

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

______________________________

______________________________

______________________________

7. Approximate date of filing lawsuit: ______________________________

8. Approximate date of ruling by court: ______________________________

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Fountain Correctional Facility

B. Date it occurred: June 1, 2024; April 10, 2025; and related later events

C. Is there a prisoner grievance procedure in this institution? Yes

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure? X
Yes ( ) No ( )

E. If your answer is YES:

Submitted institutional grievance/DJ forms and reports concerning the incidents, safety threats, and requests for protection.

1. What steps did you take?

All grievance efforts resulted in a dead end. Plaintiff received no meaningful relief and the safety problems were not resolved.

2. What was the result?

F. If your answer is NO, explain why not:

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

See attached continuation pages. Plaintiff alleges repeated serious inmate attacks, known safety threats, and failures to protect at Fountain Correctional Facility, including the June 1, 2024 beating/robbery, the April 10, 2025 stabbing, later threats and assaults, and the response to a PREA/sexual-assault report.

## III. PARTIES.

A. Plaintiff (Your name/AIS): Mitchell Joseph Caldwell / AIS 200482

Your present address: Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017-2615

B. Defendant(s):

1. Defendant (full name) Brandon McKenzie is employed as Warden at Fountain C.F.

His/her present address is 9677 Hwy 21 N, Atmore, AL 36503.

(a) Claim against this defendant: Failure to protect / deliberate indifference - individual capacity; official capacity only for appropriate prospective relief.

(b) Supporting facts (Include date/location of incident):

After the April 10, 2025 stabbing, McKenzie was present during the emergency response. During later lockup walkthroughs, Caldwell repeatedly told him about continuing safety threats and requested transfer, but Caldwell was returned to population and later attacked again. See continuation.

2. Defendant (full name) Lieutenant Davis is employed as Correctional Lieutenant at Fountain Correctional Facility.

His/her present address is 9677 Hwy 21 N, Atmore, AL 36503.

(a) Claim against this defendant: Failure to protect / deliberate indifference - individual capacity; official capacity only for appropriate prospective relief.

(b) Supporting facts (Include date/location of incident):

June 1, 2024: after Caldwell was beaten, robbed, and returned from hospital treatment, Davis allegedly told him to find the biggest knife and stab the inmates who attacked him, laughed, and sent him back without meaningful protection. See continuation.

3. Defendant (full name) PREA Officer Dees is employed as PREA Officer at Fountain Correctional Facility.

His/her present address is 9677 Hwy 21 N, Atmore, AL 36503.

(a) Claim against this defendant: Deliberate indifference to reported sexual assault / safety risk - individual capacity; official capacity only for appropriate prospective relief.

(b) Supporting facts (Include date/location of incident):

Caldwell reported sexual assault/harassment through the PREA hotline, grievance process, and medical sick call. A nurse recommended physician evaluation and a rape kit. Dees was notified but did not want Caldwell transported to the hospital. See continuation.

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

**IV.** A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Drug trafficking - Class A felony.

2. When were you convicted? October 6, 2021

3. What is the term of your sentence? 20 years

4. When did you start serving this sentence? October 6, 2021

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( ) No (X)

If so, complete the following:

(a) Date of conviction: ______

(b) Term of sentence: ______

6. What is your expected end of sentence (E.O.S.) date? 2041

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

| | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |

Writ of habeas corpus granted yes( ) no( ) yes( ) no( )

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: ______________________________

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):
Plaintiff requests compensatory damages and punitive damages against the individual-capacity defendants in amounts to be determined by a jury; appropriate prospective injunctive relief against the proper official-capacity defendant(s); costs; and any other relief the Court deems appropriate.

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

8-31-26
Date

Mitchell Caldwell
(Signature of Plaintiff Under Penalty of Perjury)

200 Wallace Dr
Current Mailing Address

Clio, AL 36017-2615

______________________________
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

# ATTACHMENT TO FOURTH AMENDED PRISONER COMPLAINT

Mitchell Joseph Caldwell, AIS 200482
Civil Action No. 1:26-cv-00018-KD-B

## II.G. FACTUAL STATEMENT OF CLAIM

**June 1, 2024 - Fountain Correctional Facility.** Caldwell was housed in a dorm known as a Blood gang dorm even though he was not gang affiliated. After a dispute over earbuds, inmates attacked him. Multiple inmates beat him with broom or mop sticks and locks and robbed him of his property. Caldwell alleges no correctional officer was posted inside the dorm during the attack. He eventually obtained staff attention and was transported by ambulance to a hospital in Mobile for treatment.

After returning from the hospital, Caldwell went to the shift office and asked Lieutenant Davis what he should do. Davis allegedly told Caldwell to find the biggest knife he could and stab the inmates who had beaten him. When Caldwell said he was not a killer, Davis laughed and told him to leave. Caldwell was sent back without meaningful protection from the inmates and gang conditions he had reported.

**April 10, 2025 - Fountain Correctional Facility.** Caldwell was attacked and stabbed in the back by an inmate after an earlier confrontation involving Caldwell's glasses and an extortion demand. Caldwell bled heavily and alleges that no officer was posted inside the dorm when he initially needed help. A passing officer eventually responded. Caldwell was taken to health care, then by ambulance and medical flight to a hospital because of the seriousness of the wound.

Warden Brandon McKenzie was present during the emergency response and asked who had stabbed Caldwell. Caldwell repeatedly asked McKenzie to contact his family before Caldwell was transported, but his family was not notified. After Caldwell returned, he continued to experience threats and assaults and sought protection and transfer.

**Continuing safety threats and later assault.** Over the following period, Caldwell reports repeated assaults, robberies, and threats. After two gang members threatened him with knives, his wife contacted the prison. Caldwell requested protective housing and was placed in lockup for safety. While McKenzie conducted weekly lockup walkthroughs, Caldwell repeatedly told McKenzie about the threats and asked to be transferred to another prison. McKenzie responded over the radio, but Caldwell was not transferred. Caldwell was later removed from lockup and returned to population, where two inmates cut him and he required hospital treatment. After returning from the hospital, he was again returned to population.

**PREA / sexual-assault report.** Caldwell later reported sexual assault or harassment through the PREA hotline, an institutional grievance, and a medical sick call. A nurse recommended that Caldwell be evaluated by a doctor and receive a rape kit. PREA Officer Dees was notified. Caldwell alleges that Dees did not want him transported to the hospital despite the medical recommendation. Caldwell's grievance and reporting efforts did not produce meaningful relief.

**Grievance process.** Caldwell submitted grievance/DJ forms and other reports concerning the incidents, threats, and requests for protection. His efforts resulted in a dead end. He did not obtain meaningful relief through the grievance process, and the safety problems were not resolved.

## III. DEFENDANT-SPECIFIC SUPPORTING FACTS

**1. Warden Brandon McKenzie.** After the April 10, 2025 stabbing, McKenzie was present during the emergency response and knew Caldwell had suffered a serious inmate attack. During later weekly walkthroughs of lockup, Caldwell repeatedly told McKenzie about continuing threats and asked to be transferred to another prison for safety. Caldwell was not transferred. He was returned to population and was later cut by two inmates and hospitalized. Caldwell alleges McKenzie knew of the continuing safety problem but failed to take reasonable protective action.

**2. Lieutenant Davis.** After the June 1, 2024 group assault and Caldwell's return from hospital treatment, Caldwell personally asked Davis what to do. Davis allegedly told him to find the biggest knife he could and stab the inmates who had attacked him, laughed when Caldwell refused, and sent him away rather than providing meaningful protection. Caldwell alleges this response left him exposed to continuing gang violence and threats.

**3. PREA Officer Dees.** Caldwell reported sexual assault or harassment through the PREA hotline, a grievance, and medical sick call. A nurse recommended physician evaluation and a rape kit. Dees was notified of the report and medical recommendation. Caldwell alleges Dees did not want him transported to the hospital and that his reporting efforts resulted in no meaningful relief.

**Capacity.** Caldwell sues McKenzie, Davis, and Dees in their individual capacities for compensatory and punitive damages. To the extent prospective injunctive relief remains available and legally appropriate, he also asserts official-capacity claims against the proper defendant or defendants for that prospective relief.

## V. RELIEF REQUESTED

Caldwell requests compensatory damages and punitive damages in amounts to be determined by a jury, appropriate prospective injunctive relief, costs, and any other relief the Court deems appropriate.

## SIGNATURE

Mitchell Joseph Caldwell should personally review the completed complaint and continuation pages for accuracy before signing the affirmation on page 7 under penalty of perjury. The signature, date, and any telephone number should be completed by Caldwell himself.

Mitchell Caldwell
200482
200 Wallace Dr
Clio, AL 36017

Retail

UNITED STATES POSTAL SERVICE

36602

RDC 99

U.S.
FCM
ATH
SEP

$2

S232

United States District Court
Southern District of Alabama
155 Saint Joseph St
Mobile, AL 36602